BENJAMIN DESBECKER et al., Respondents, *v.* JAMES A. McFARLINE, as Sheriff of Wyoming County, Appellant.

*Desbecker* v. *McFarline,* 42 App. Div. 455, affirmed.
(Argued March 25, 1901; decided April 16, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered August 11, 1899, affirming a judgment in favor of plaintiffs entered upon a decision of the court at a Trial Term without a jury.

*Abraham Benedict* for appellant.

*Simon Fleischmann* and *Louis E. Desbecker* for respondents.

Judgment affirmed, with costs, on opinion below.
Concur: GRAY, O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ. Taking no part: PARKER, Ch. J.